AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Rhode Island

FILED
...OFFICE
2004 MAR -2 P 12: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

Kevin Lucin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03-40258 -NMG**

TO: (Name and address of Defendant)

Kevin Lucin
285 Plantation Street
Worcester, MA 01604-7739

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_November 24, 2003_
DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

02/18/2004

I hereby certify and return that on 02/17/2004 at 02:21pm I served a true and attested copy of the Summons and Complaint, Attachment, Coporate disclosure statement, Comlaint for Compensatory statement and other damages and injunctive relief, in this action in the following manner: To wit, by leaving at the last and usual place of abode of KEVIN LUCIN at 205 PLANTATION ST, apartment 813 building 8 WORCESTER, MA and by mailing first class mail to the above address on 02/18/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 & Office Expense 10.00 Total Fees: $64.20

Deputy Sheriff David G Westerman

**Deputy Sheriff**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
  Date                Signature of Server

  _____
  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.