UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 03-40258-NMG |
| Plaintiff, | ) |
| vs. | ) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Kevin Lucin | ) |
| Defendant | ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

4/15/04
Date

John M. McLaughlin
McLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___15___ day of _____April_____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Raymond Sayeg
Four Longfellow Place
Suites 3501-06
Boston, MA 02114

_____
John M. McLaughlin, Esq.